UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JIM ROBERTSON,<br><br>　　　　Respondent. | Case No. 20-cv-07861-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 22 |

　　　　Good cause being shown, Respondent's request for an extension of time to file an answer is GRANTED. Dkt. No. 22. By July 22, 2021, Respondent shall file either an answer or a motion to dismiss on procedural grounds. If Respondent files an answer and Petitioner wishes to respond to the answer, Petitioner shall do so by filing a traverse with the Court and serving it on Respondent within **twenty-eight (28) days** of the date the answer is filed. If Respondent files a motion to dismiss on procedural grounds, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

　　　　This order terminates Dkt. No. 22.

　　　　**IT IS SO ORDERED.**

Dated: 6/21/2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge