UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS, <br><br> Petitioner, <br><br> v. <br><br> JIM ROBERTSON, <br><br> Respondent. | Case No. 20-cv-07861-HSG <br><br> **JUDGMENT** |

For the reasons set forth in the Order Granting Motion to Dismiss Habeas Petition and Denying Certificate of Appealability, judgment is entered in favor of Respondent and against Petitioner. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJDUGED.**

Dated: 2/9/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge