UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br><br>      Petitioner,<br><br>   v.<br><br>JIM ROBERTSON,<br><br>      Respondent. | Case No. 20-cv-07861-HSG<br><br>**ORDER DENYING RENEWED REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 59 |

Petitioner, an inmate at Salinas Valley State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 9, 2022, the Court denied the petition for a writ of habeas corpus and denied a certificate of appealability. Dkt. No. 32. Petitioner's renewed request for a certificate of appealability (Dkt. No. 59) is DENIED for the reasons set forth in the Court's prior orders denying a certificate of appealability, Dkt. Nos. 32, 50.

This order terminates Dkt. No. 59. This case remains closed.

**IT IS SO ORDERED.**

Dated: 3/7/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge